UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:25-cv-03621-SSS-SPx | Date | January 13, 2026 |
|---|---|---|---|
| Title | *Clayton Sampson et al. v. United States of America* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISCHARGING ORDER TO SHOW CAUSE AS TO THIS COURT'S JURISDICTION AND ORDERING PROPER SERVICE OF PROCESS [DKT. NO. 10]**

On January 6, 2026, the Court issued an Order to Show Cause as to the Court's jurisdiction over Plaintiffs' Motion for Return of Property. [Dkt. No. 10]. Both parties have submitted a Response. [Dkt. No. 13; Dkt. No. 15].

Upon reviewing the parties' Responses, the Court hereby **DISCHARGES** the Order to Show Cause. Plaintiff has since filed a Complaint in this matter, and Defendant indicates it has not been properly served with the summons and complaint. [*See* Dkt. No. 12, "Complaint"; *see* Dkt. No. 15 at 3–5].

Accordingly, the Court **ORDERS** Plaintiffs to properly effectuate service of process. Upon service of process, Defendant is **ORDERED** to file a timely answer to the Complaint.

**IT IS SO ORDERED.**