Michael S. Devereux  (SBN 225240)
9440 S‌ANTA M‌ONICA B‌LVD, S‌UITE 301
B‌EVERLY H‌ILLS, C‌ALIFORNIA  90210
T‌ELEPHONE: (424) 444-0883

Attorneys for Petitioners, ELISHA SAMPSON and CLAYTON SAMPSON

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ELISHA SAMPSON AND CLAYTON SAMPSON,<br><br>PETITIONERS,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>RESPONDENT. | CASE NO.:  5:25-cv-03621-SSS-SP<br><br>**DECLARATION OF MICHAEL DEVEREUX IN SUPPORT OF EX PARTE INTERIM EQUITABLE RELIEF** |
|---|---|

MICHAEL DEVEREUX, ESQ.

1

**DECLARATION OF MICHAEL DEVEREUX**

I, Michael Devereux, declare:

1. I am a California licensed attorney admitted to the Ninth Circuit, the Central District of California, the Northern District of California, the Southern District of California and the Eastern District of California.

2. I am the attorney of record in this matter. I am over the age of 18 and the matters set forth herein are within my own personal knowledge and if called as a witness I could and would competently testify to the contents hereof.

3. On February 6, 2026, at approximately 2:30 pm, prior to filing Plaintiffs' ex parte application for interim equitable relief, I provided notice to the United States Attorney's Office of Plaintiffs' intent to seek such relief.

4. Specifically, I sent an email to counsel for the government advising that Plaintiffs intended to file an ex parte application seeking limited interim relief consisting of forensic imaging and return of the seized computers.

5. I also attempted to contact government counsel by telephone on the same date to provide notice and to discuss whether the matter could be resolved without court intervention.

6. The relief sought in the ex parte application is limited, temporary, and intended to preserve all evidentiary interests while preventing ongoing irreparable harm to Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 6, 2026.

                                                  *Michael Devereux*
                                                    Michael Devereux