Michael S. Devereux  (SBN 225240)
9440 SANTA MONICA BLVD, SUITE 301
BEVERLY HILLS, CALIFORNIA  90210
TELEPHONE: (424) 444-0883

Attorneys for Petitioners, ELISHA SAMPSON and CLAYTON SAMPSON

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ELISHA SAMPSON AND CLAYTON SAMPSON,<br><br>PETITIONERS,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>RESPONDENT. | CASE NO.:  5:25-cv-03621-SSS-SP<br><br>**DECLARATION OF ELISHA SAMPSON IN SUPPORT OF EX PARTE INTERIM EQUITABLE RELIEF** |
|---|---|

**DECLARATION OF ELISHA SAMPSON**

I, Elisha Sampson, declare:

1. I am a Plaintiff in this action.

2. Our computers are essential to our household's ability to earn income.

3. Since the seizure, we have experienced severe financial distress.

4. We have fallen behind on obligations and face instability.

5. The government indicated in December 2025 that records would be returned, but they were not.

6. The continued deprivation has caused extreme hardship and stress.

7. We are willing to comply with any reasonable preservation or protective order.

8. Immediate return of the computers is necessary to prevent further harm.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 6, 2026.

                                                                /s/ Elisha Sampson
                                                                   Elisha Sampson