Michael S. Devereux  (SBN 225240)
9440 Santa Monica Blvd, Suite 301
Beverly Hills, California  90210
Telephone: (424) 444-0883

Attorneys for Petitioners, ELISHA SAMPSON and CLAYTON SAMPSON

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ELISHA SAMPSON AND CLAYTON SAMPSON,<br><br>PETITIONERS,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>RESPONDENT. | CASE NO.:  5:25-cv-03621-SSS-SP<br><br>**DECLARATION OF CLAYTON SAMPSON IN SUPPORT OF EX PARTE INTERIM EQUITABLE RELIEF** |
|---|---|

1

**DECLARATION OF CLAYTON SAMPSON**

I, Clayton Sampson, declare:

1. I am a Plaintiff in this action.

2. Federal agents seized my computers in May 2025.

3. I use these computers daily for my business and income.

4. Since the seizure, I have been unable to work.

5. I exhausted savings and borrowed against my life insurance to survive.

6. I am now unable to meet basic expenses.

7. The continued seizure of my computers is causing severe and ongoing financial harm.

8. The devices are not contraband and can be returned after imaging.

9. Each additional day without them worsens our situation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 6, 2026.

                                               /s/ Clayton Sampson
                                                 Clayton Sampson

MICHAEL DEVEREUX, ESQ.