Michael S. Devereux (SBN 225240)
9440 Santa Monica Blvd, Suite 301
Beverly Hills, California 90210
Telephone: (424) 444-0883

Attorneys for Petitioners, ELISHA SAMPSON and CLAYTON SAMPSON

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISHA SAMPSON AND CLAYTON SAMPSON, <br><br> PETITIONERS, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> RESPONDENT. | CASE NO.: 5:25-cv-03621-SSS-SP <br><br> **[PROPOSED] ORDER GRANTING EX PARTE INTERIM EQUITABLE RELIEF** |

The Court, having considered Plaintiffs' Ex Parte Application and the declarations submitted therewith, FINDS that Plaintiffs have demonstrated immediate and irreparable harm and that interim equitable relief is warranted.

**IT IS HEREBY ORDERED:**

1. Within 7 days of this Order, the government shall complete forensic images of all computers and electronic devices seized from Plaintiffs.

2. Upon completion of imaging, the government shall immediately return the physical computers and devices to Plaintiffs.

1

3. The government may retain and use the forensic images for lawful investigative purposes.

4. Plaintiffs shall preserve the returned devices and shall not alter or destroy data pending further order of the Court.

5. This Order is without prejudice to the parties' positions on the merits of Plaintiffs' Rule 41(g) claims.

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Sunshine Suzanne Sykes
United States Magistrate Judge