UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:25-cv-03621-SSS-SPx | Date | February 9, 2026 |
|----------|------------------------|------|------------------|
| Title | *Clayton Sampson et al. v. United States of America* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---------------|--------------|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---------------------------------------|----------------------------------------|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER REQUIRING RESPONSE TO PETITIONER'S APPLICATION FOR RETURN OF PROPERTY BY FEBRUARY 13 AT 12 PM [DKT. NO. 20]**

The Court is in receipt of Petitioners' ex parte Application for Return of Property.  [Dkt. No. 20].  Any Opposition to the Application must be filed by **February 13, 2026, at 12:00 PM**.  Upon review, the Court will determine whether it will be appropriate to schedule a hearing.

**IT IS SO ORDERED**.