# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-03621-SSS-SPx | Date | February 17, 2026 |
| Title | Clayton Sampson et al. v. United States of America | | |

**Present: The Honorable**  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DENYING AS MOOT PLAINTIFFS' APPLICATION FOR RETURN OF PROPERTY [DKT. NO. 20]**

Before the Court is Plaintiffs' ex parte Application for Return of Property filed on February 6, 2026. [Dkt. No. 20, "Application"]. Defendant filed a Response on February 13, 2026. [Dkt. No. 22, "Response"].

Plaintiffs' Application is straightforward. On or about May of 2025, federal agents seized Plaintiffs' computers and electronic business records. [Application at 2]. Because the seized property has not been returned to Plaintiffs, they filed this Rule 41(g) action. [*Id.*].

The Response indicates that the Government "completed its review of the seized property and is prepared to return it to [Plaintiffs]." [Response at 3]. Consistent with that position, Defendant emailed counsel for Plaintiffs and informed him of such developments and "requested his response to coordinate the return [of property]." [*Id.*]. The Court finds Plaintiffs' Application **MOOT.**

As such, the Court **DENIES** Plaintiffs' Application for Return of Property.

**IT IS SO ORDERED**.