TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
JAMES E. DOCHTERMAN (Cal. Bar No. 256396)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
    312 North Spring Street, 11th Floor
    Los Angeles, California 90012
    Telephone:  (213) 894-2686
    Facsimile:  (213) 894-6269
    E-mail:  James.Dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CLAYTON SAMPSON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant, | Case No. 5:25-CV-03621-SSS-SP<br><br>**GOVERNMENT'S STATUS REPORT** |

    Defendant United States of America ("the government"), respectfully submits this status report in anticipation of the scheduled status hearing on March 6, 2026, at 1:00 p.m.

//

//

1  On March 4, 2026, Homeland Security Investigations Special Agent Brett Adams
2  delivered seized documents and electronic devices to Plaintiff Clayton Sampson. Special
3  Agent Adams also provided notice thereof to all parties by electronic mail on March 4th
4  and 5th. *See* Attachment A.

Dated: March 5, 2026,                     Respectfully submitted,

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

*/s/ James E. Dochterman*
JAMES E. DOCHTERMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA