# ATTACHMENT A

| | |
|---|---|
| **From:** | Adams, Brett |
| **To:** | mike@wex.law |
| **Cc:** | Scott, Colin (USACAC); Dochterman, James (USACAC) |
| **Subject:** | [EXTERNAL] FW: Devices/docs returned |
| **Date:** | Thursday, March 5, 2026 11:36:34 AM |
| **Attachments:** | 6051s transfer from HSI to SAMPSON.pdf |
| | 6051R HSI to SAMPSON.pdf |

Mike,

Your client has been texting/calling me all morning regarding this- I will re send the documents here if for some reason they didn't go through.


-Brett

**From:** Adams, Brett
**Sent:** Wednesday, March 4, 2026 2:28 PM
**To:** mike@wex.law
**Cc:** Scott, Colin (USACAC) <colin.scott@usdoj.gov>; James.Dochterman@usdoj.gov
**Subject:** Devices/docs returned

Sir,

The devices and docs were returned, see attached docs.

Please forward to Clayton as he asked for the receipt.


**Brett Adams**
**Special Agent**
Homeland Security Investigations
Trade Fraud Group
Ph: 562-743-1021

DEPARTMENT OF HOMELAND SECURITY

### RECEIPT FOR PROPERTY

Handbook 5200-09

1. Reference No. **LA08NQ24LA0001**

| 2. Received By: | 3. Received From: |
|---|---|
| (Print)<br>Name:   Clayton & Elisha SAMPSON | (Print)   Name:   SA Adams |
| Address:<br>   11064 Ranch Drive, Rancho Cucamonga, CA, 91737 | Address:<br>   501 W. Ocean blvd ste 7200, Long Beach, CA, 90802 |
| Telephone No.  (    ) | Telephone No.  ( 562  ) 743-1021 |
| Agency/Title: | Agency/Title:  HSI, Special Agent |

4. FPF No. ☐☐☐☐☐☐☐☐☐☐☐☐☐ - ☐☐ 202527040006510

### 5. Property

| a.<br>Line Item No. | b.<br>DHS 6051 No. | c.<br>Description of Item(s) | d.<br>Amount or Quantity |
|---|---|---|---|
| 7 | ✓ | Silver iPhone 15 Pro Max SN: 35HV9QPWKN | 1 |
| 6 | ✓ | Silver iPhone 15 Pro SN: CMHXLD7QVR | 1 |
| 8 | ✓ | black tablet model #: K72LL4 | 1 |
| 9 | ✓ | FedEx Office USB drive | 1 |
| 19 | ✓ | HP hard drive | 1 |
| 1 | ✓ | Thumb drives | 3 |
| 18 | ✓ | ASUS tablet IMEI #: 357185080762281 7 | 1 |
| 10 | ✓ | Silver laptop (Mac) SN: C97GQJ0FLK | 1 |
| 3 | ✓ | Mac laptop (black) model #: A2681, SN: Y0Q4JVT9M9 P | 1 |

| 6a. Received By (Signature) | 6b. Date<br>3,4,26 | 6c. Print Name/ Title/ Organization<br>CLAYTON SAMPSON |
|---|---|---|
| 7a. Received From (Signature) | 7b. Date<br>3,4,26 | 7c. Print Name/Title/Organization<br>Britt Adams  HSI |
| 8a. Witness (Signature) | 8b. Date<br>3,4,26 | 8c. Print Name/Title/Organization<br>SA MOGILNY  HSI |

DHS Retains Original
Copy to Other Party

DHS Form 6051R (08/09)

DEPARTMENT OF HOMELAND SECURITY

## RECEIPT FOR PROPERTY

Handbook 5200-09

1. Reference No.  LA08NQ24LA0001

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

| 2. Received By: | 3. Received From: |
|---|---|
| (Print)<br>Name: | (Print)<br>Name: |
| Address: | Address: |
| | |
| Telephone No.  (     ) | Telephone No.  (     ) |
| Agency/Title: | Agency/Title: |

4. FPF No.  ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ – ☐ ☐   2025270400065101

| 5. Property | | | |
|---|---|---|---|
| a.<br>Line Item No. | b.<br>DHS 6051 No. | c.<br>Description of Item(s) | d.<br>Amount or Quantity |
| 5 | ✓ | Black notebook computer SN: 8K06SC158983 | 1 |
| 4 | ✓ | Mac laptop (silver) SN: C025DCPMH3QF | 1 |
| 2 | ✓ | Misc documents | 3 boxes |
| 17 | ✓ | misc documents | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| 6a. Received By (Signature) | 6b. Date<br>3/4/26 | 6c. Print Name/ Title/ Organization<br>CLAYTON SAMPSON |
|---|---|---|
| 7a. Received From (Signature) | 7b. Date<br>3/4/26 | 7c. Print Name/Title/Organization<br>Brttty Adams / HSI |
| 8a. Witness (Signature) | 8b. Date<br>3/4/26 | 8c. Print Name/Title/Organization<br>SA MOGICNY HSI |

DHS Retains Original
Copy to Other Party

DHS Form 6051R (08/09)

DEPARTMENT OF HOMELAND SECURITY

No. 7212692

## CUSTODY RECEIPT for
## SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2 0 8 5 2 7 0 4 0 0 0 6 5 1 0 | | 2. Incident No. | | |
|---|---|---|---|---|
| 3. Investigative Case No. L A 0 3 M Q 2 4 L A 0 0 0 | | 4. Enforce No. | | |
| 5. Prior Detention? Yes ☐ No ☐   If yes, DHS 6051D No._____ | | 6. Date Seized (mm/dd/yyyy) 5 / 13 / 25 | 7. Time Seized (Use 24 Hrs) 0600 | 8. FDIN/Misc. |
| 9. Seized From: Name: Sampson | | 10. Entry No. | | 11. Seal or Other ID Nos. |
| Address: 11064 Ranch Dr. Rancho Cucamonga, CA 91737 | | 12. Remarks: Room B | | |
| Telephone No. (  )       Ext: | | | | |
| 13. Send Correspondence to: | | | | |

### 14. PROPERTY ( By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 18 | Asus tablet imei: 357185086287 | | | 1 | ea | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| D. WARREN  Print Name | X  Signature | | 05 / 13 / 25  Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 18 | See 14b | Brett Adams / HSI | | 5/14/25 |
| 18 | See 14b | Denis Caveny HSI SA | | 5/14/25 |
| 18 | See 14b | Brett Adams HSI | | 9/16/25 |
| 18 | See 14b | Clayton Sams | | 3/4/26 |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached?  Yes ☐  No ☐

DHS retains original
Previous editions are obsolete

DHS Form 6051S (08/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

4911230

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2 0 2 5 2 7 0 4 0 0 0 6 5 1 0 1 | 2. Incident No. |
|---|---|
| 3. Investigative Case No. L A 0 3 N Q 2 4 L A 0 0 0 1 | 4. Enforce No. |

| 5. Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) 05/13/2025 | 7. Time Seized (Use 24 Hrs) 0600 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| Address: 11064 Ranch Dr. Rancho Cucamonga, CA 91737 | 12. Remarks: FOUND IN DESK IN ROOM "B" | |
| Telephone No. (   )          Ext: | | |
| 13. Send Correspondence to: | | |

### 14. PROPERTY (By Line Item) Attach CBP Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 9 | USB DRIVE (FRED EV OFFICE) | 1 | BG | 1 | EA | $ |
| 9 | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer D. WARREN | Print Name | x | DW Signature | 05/13/25 Date |
|---|---|---|---|---|

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 9 | See 14b | Bret Adams / HSI | | 5-14-25 |
| 9 | See 14b | DENIS CANCHY HSD St | | 5/14/25 |
| 9 | See 14b | Brett Adams HSI | | 9/16/25 |
| 9 | See 14b | CRYTH SMH | | 3/4/26 |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

CBP Retains Original

CBP Form 6051S (03/04)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

4911229

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | | 2. Incident No. | | |
|---|---|---|---|---|
| 7 0 2 5 2 7 0 9 0 0 0 6 5 1 0 1 | | | | |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|
| L A 0 S N 0 2 4 L A 0 0 0 1 | |

| 5. Prior Detention? Yes ☐ No ☐  If yes, CBP 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) 05/13/2025 | 7. Time Seized (Use 24 Hrs) 0600 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: Sampson | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| Address: 11064 Ranch Dr. Rancho Cucamonga, CA 91737 | 12. Remarks: | |
| Telephone No. (   )          Ext: | | |

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach CBP Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 8 | Black tablet model #k7 2LL4 | 1 | ea | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| D. WARREN Print Name | x | dw Signature | 05/13/25 Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 8 | See 14b | Brett Adams/HSI | | 5/14/25 |
| 8 | See 14b | DENIS CAVENY HSI | | 5/14/25 |
| 8 | See 14b | Brett Adams HSI | | 9/16/25 |
| 8 | See 14b | Clayton Snow | | 3/4/26 |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

CBP Retains Original

CBP Form 6051S (03/04)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

4911231

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. Z0Z52Z70Y0006S101 | 2. Incident No. |
|---|---|

| 3. Investigative Case No. LA08MQ24LA0001 | 4. Enforce No. |
|---|---|

| 5. Prior Detention? Yes ☐  No ☐  If yes, CBP 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) 5/13/2025 | 7. Time Seized (Use 24 Hrs) 0600 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: Sampson  Address: 11064 Ranch Dr. Rancho cucamonga, CA 91737  Telephone No. (   )  Ext: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| | 12. Remarks: | |

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach CBP Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 6 | Silver iphone 15 Pro  S/N LMHXLD7QVR | 1 | ea | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer  D. WARREN  Print Name | x  Signature DW | 05/13/25  Date |
|---|---|---|

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 6 | See 14b | Brett Adams/HSI | | 5/14/25 |
| 6 | See 14b | Denis Bavons HSI SA | | 5/14/25 |
| 6 | See 14b | Brett Adams HSI | | 9/16/25 |
| 6 | See 14b | Clinton Snge | | 3/4/26 |

CBP Form 6051A Continuation Sheet Attached? Yes ☐  No ☐

CBP Retains Original

CBP Form 6051S (03/04)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

4911234

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| | |
|---|---|
| 1. FPF No. `2 0 7 3 2 7 0 4 0 0 0 6 5 1 0 1` | 2. Incident No. |
| 3. Investigative Case No. `L A 0 3 N 3 2 4 L A 0 0 0 1` | 4. Enforce No. |
| 5. Prior Detention? Yes ☐ No ☐  If yes, CBP 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) 05/13/2025  7. Time Seized (Use 24 Hrs) 0600  8. FDIN/Misc. |

| | |
|---|---|
| 9. Seized From:<br>Name: ___<br><br>Address: 11064 Ranch Dr.<br>Rancho Cucamonga, CA 91737<br><br>Telephone No. (   )    Ext: | 10. Entry No.<br><br>11. Seal or Other ID Nos.<br><br>12. Remarks:  Room "B"<br>3.4.3- Damaged, See Photos |

13. Send Correspondence to:

**14. PROPERTY** (By Line Item) Attach CBP Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 5 | BLACK NOTEBOOK COMPUTER S/N 8G665C158483 | 1 | BG | 1 | EA | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| D. WARREN<br>Print Name | x | _Signature_ | 05/13/25<br>Date |

**16. ACCEPTANCE / CHAIN OF CUSTODY**

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 5 | See 14b | Brett Adams / HSI | | 5.14.25 |
| 5 | See 14b | Davis Caveny SA HSI | | 5/14/25 |
| 5 | See 14b | Brett Adams | | 9/16/25 |
| 5 | See 14b | Clayton Samm | | 3/4/26 |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

CBP Retains Original

CBP Form 6051S (03/04)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

4911235

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | | 2. Incident No. | | | |
|---|---|---|---|---|---|
| `Z 0 2 5 2 7 0 4 0 0 0 6 5 0 1` | | | | | |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|
| `L A 0 8 N Q 2 4 L A 0 0 0 1` | |

| 5. Prior Detention? | 6. Date Seized (mm/dd/yyyy) | 7. Time Seized (Use 24 Hrs) | 8. FDIN/Misc. |
|---|---|---|---|
| Yes ☐   No ☐   If yes, CBP 6051D No. _____ | 5 /13 / 2025 | 0600 | |

| 9. Seized From: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| Name: _____ | | |
| Address: 11064 Ranch Dr. Rancho Cucamonga, CA 91737 | 12. Remarks:  FOUND IN ROOM "B" 3.4.26 - Damage on return, see photos | |
| Telephone No. (   )          Ext: | | |

**13. Send Correspondence to:**

**14. PROPERTY** (By Line Item) Attach CBP Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 4 | NAC ~~BLACK~~ LAPTOP ~~~~ SN: 4084~~S0844MP~~ BA 5.14.25 | 1 | Bg | 1 | EA | $ |
| | SN: CO25DCFMH3QF | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| D. WARREN  Print Name | x [signature] | | 05/13/25  Date |
| | Signature | | |

**16. ACCEPTANCE / CHAIN OF CUSTODY**

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 4 | See 14b | Brett Adams / HSI | [signature] | 5/14/25 |
| 4 | See 14b | DENIS CANOY SA-HSI | [signature] | 5/14/25 |
| 4 | See 14 b | Britt Adams HSI | [signature] | 9/16/25 |
| 4 | See 14b | CLAYTON SPANS | [signature] | 3/4/26 |

CBP Form 6051A Continuation Sheet Attached? Yes ☐  No ☐

CBP Retains Original

CBP Form 6051S (03/04)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

4911233

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | | | | | | | | | | | 2. Incident No. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 0 2 5 2 7 0 4 0 0 0 6 5 1 0 1 | | | | | | | | | | | | |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|
| L A 0 8 M Q 2 4 L A 0 0 0 1 | |

| 5. Prior Detention? <br> Yes ☐ No ☐ If yes, CBP 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) <br> 5 / 13 / 2025 | 7. Time Seized (Use 24 Hrs) <br> 0600 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: <br> Name: Sampson <br><br> Address: 11064 Ranch Pt. <br><br> Rancho Cucamonga, CA 91737 <br><br> Telephone No. (    )    Ext: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| | 12. Remarks: | |

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach CBP Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 3 | Black mac laptop s/n 16Q4JvT9MP | 1 | ea | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| D. WARREN <br> Print Name | x  D// <br> Signature | | 05 / 13 / 25 <br> Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 3 | See 14b | Brett Adams/Hsi | | 5/14/25 |
| 3 | See 14b | Denis Caneny BSA HSI | D-2 | 5/14/25 |
| 3 | see 14b | Brett Adams HSI | | 9/16/25 |
| 3 | See 14b | Clayton Sampsn | | 3/4/26 |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

CBP Retains Original

CBP Form 6051S (03/04)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

4911232

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. | | |
| --- | --- | --- | --- |
| 7 0 2 5 2 7 0 4 0 0 0 6 5 1 0 1 | | | |

| 3. Investigative Case No. | 4. Enforce No. |
| --- | --- |
| L A 0 3 N Q 2 4 L A 0 0 0 1 | |

| 5. Prior Detention? | 6. Date Seized (mm/dd/yyyy) | 7. Time Seized (Use 24 Hrs) | 8. FDIN/Misc. |
| --- | --- | --- | --- |
| Yes ☐  No ☐   If yes, CBP 6051D No. ____ | 5 /13 /2025 | 0660 | |

**9. Seized From:**
Name: _____

Address: 11064 Ranch Dr.
Rancho Cucamonga, CA 91737

Telephone No. ( )          Ext:

| 10. Entry No. | 11. Seal or Other ID Nos. |
| --- | --- |
| | |

**12. Remarks:** FW: NOT YAL
( NOT CASE SENSITIVE )

MODEL #: MU683LL/A

**13. Send Correspondence to:**

### 14. PROPERTY (By Line Item) Attach CBP Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value |
| --- | --- | --- | --- | --- | --- | --- |
| 7 | Silver iPhone 15 Pro Max SN J5HV9QPWKN | 1 | BG | 1 | EA | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | |
| --- | --- | --- |
| D. WARREN    Print Name | x  _signature_    Signature | 05 /13 /25    Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
| --- | --- | --- | --- | --- |
| 7 | See 14b | Brett Adams/ HSI | _signature_ | 5/14/25 |
| 7 | See 14b | Denis Cancun/ HSI | _signature_ | 5/14/2025 |
| 7 | see 14b | Bret Adams HSI | _signature_ | 9/18/25 |
| 7 | See 14b | Clayton Barker | _signature_ | 3/4/26 |

CBP Form 6051A Continuation Sheet Attached? Yes ☐  No ☐

CBP Retains Original

CBP Form 6051S (03/04)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

4911218

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | | 2. Incident No. | | | |
|---|---|---|---|---|---|

| 3. Investigative Case No. L A 0 3 U Q Z 4 L A 0 0 0 1 | | 4. Enforce No. | | | |
|---|---|---|---|---|---|

| 5. Prior Detention? Yes ☐ No ☐   If yes, CBP 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) 05/13/2025 | 7. Time Seized (Use 24 Hrs) 0600 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: _____  Address: 11064  Ranch dr.  Rancho Cucamonga, CA 91737  Telephone No. (  )   Ext: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| | 12. Remarks: FOUND IN ROOM "B" | |

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach CBP Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 2 | 2 BOX MISC. DOCUMENTS | 2 | BOX | 1 | EA | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer P. WARREN          x  (signature) | 05/13/25 |
|---|---|
| Print Name          Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 2 | See 14b | Brett Adams/HSI | (signature) | 5.14.25 |
| 2 | 1 box of misc docs | C/AHONSANRA | (signature) | 3/4/26 |
| | - CBP retains 1 box which will be tracked with this doc. | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

CBP Retains Original

CBP Form 6051S (03/04)

# DEPARTMENT OF HOMELAND SECURITY

No. **7212691**

## CUSTODY RECEIPT for
## SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | | 2. Incident No. | | |
|---|---|---|---|---|

| 3. Investigative Case No. L A 0 9 N 0 2 4 L A 0 0 0 0 | 4. Enforce No. |
|---|---|

| 5. Prior Detention? Yes ☐  No ☐  If yes, DHS 6051D No._____ | 6. Date Seized (mm/dd/yyyy) / / | 7. Time Seized (Use 24 Hrs) | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| Address: 11064 RANCH ROAD DR  RANCHO CUCAMONGA | 12. Remarks: MISC. DOCS. | |
| Telephone No. ( )      Ext: | | |

13. Send Correspondence to:

### 14. PROPERTY ( By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 17 | MISC. DOCS. | 1 | BX | 2 | EA | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

### 15. Seizing Officer

| D. WARREN | x  D// | 05 / 13 / 25 |
|---|---|---|
| Print Name | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 17 | See 14b | Brett Adams/HSI | | 5.14.25 |
| 17 | see 14b | Clayton Saar | | 2/4/26 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached?  Yes ☐  No ☐

DHS retains original
Previous editions are obsolete

DHS Form 6051S (08/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

4911236

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2 0 7 5 2 7 0 4 0 0 0 6 5 1 0 1 | 2. Incident No. | | |
|---|---|---|---|

| 3. Investigative Case No. L A 0 2 N Q 2 4 L A 0 0 0 1 | 4. Enforce No. | 7. Time Seized (Use 24 Hrs) | 8. FDIN/Misc. |
|---|---|---|---|

| 5. Prior Detention? Yes ☐ No ☐ If yes, CBP 6051D No. ____ | 6. Date Seized (mm/dd/yyyy) 5 / 13 / 2025 | 7. Time Seized (Use 24 Hrs) 0600 | |
|---|---|---|---|

| 9. Seized From: Name: ____ Address: 11064 Randi St. Rancho Cucamonga, CA 91737 Telephone No. ( ) Ext: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| | 12. Remarks: 3 THUMB DRIVES FOUND IN ROOM "E" | |

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach CBP Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 1 | THUMB DRIVES | 1 | BAG | 3 | EA | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer D. WARREN Print Name | x Signature | Date 05/13/25 |
|---|---|---|

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 1 | See 14b | Brett Adams/HSI | | 5/14/25 |
| 1 | See 14b | Denis Cavama/HSI SA | | 5/14/25 |
| 1 | See 14b | Brett Adams/HSI | | 9/16/25 |
| 1 | See 14b | Clayton Simon | | 3/4/26 |
| | | | | |

CBP Form 6051A Continuation Sheet Attached?  Yes ☐  No ☐

CBP Retains Original

CBP Form 6051S (03/04)

DEPARTMENT OF HOMELAND SECURITY

No. **7212693**

**CUSTODY RECEIPT for**
**SEIZED PROPERTY and EVIDENCE**

Handbook 5200-09

| | |
|---|---|
| 1. FPF No. `7` `0` `2` `5` `2` `7` `0` `4` `0` `0` `6` `5` `1` `0` `1` | 2. Incident No. |
| 3. Investigative Case No. `L` `A` `0` `8` `N` `A` `2` `4` `L` `A` `0` `0` `0` `1` | 4. Enforce No. |
| 5. Prior Detention? Yes ☐ No ☐   If yes, DHS 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) 5/1/31/2025 — 7. Time Seized (Use 24 Hrs) 0600 — 8. FDIN/Misc. |
| 9. Seized From: Name: _____ | 10. Entry No. — 11. Seal or Other ID Nos. |
| Address: 11064 RANCH DR. RANCHO CUCAMONGA, CA 91737 | 12. Remarks: FOUND IN ROOM "B" |
| Telephone No. ( )        Ext: | |
| 13. Send Correspondence to: | |

**14. PROPERTY** ( By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 19 | HP USB Digital DRIVE Part# 338796-001 Spare# 338824-001 | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer D. WARREN Print Name | x        _signature_        Signature | 05/13/25 Date |
|---|---|---|

**16. ACCEPTANCE / CHAIN OF CUSTODY**

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 19 | See 14b | Brett Adams/HSI | | 5/14/25 |
| 19 | See 14.b | Denis Raheny HSI SA | | 5/14/25 |
| 19 | See 14b | Brett Adams HSI | | 9/16/25 |
| 19 | See 14b | Clayton Sann | | 3/4/26 |
| | | | | |
| | | | | |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐

DHS retains original
Previous editions are obsolete

DHS Form 6051S (08/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection

4911225

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | | | | | | | | | | | | | | | 2. Incident No. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 2 | 5 | 2 | 7 | 6 | 4 | 0 | 0 | 0 | 6 | 5 | 1 | 0 | 1 |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|
| L A 0 8 N Q 2 4 L A 0 0 0 1 | |

| 5. Prior Detention? | | 6. Date Seized (mm/dd/yyyy) | 7. Time Seized (Use 24 Hrs) | 8. FDIN/Misc. |
|---|---|---|---|---|
| Yes ☐  No ☐    If yes, CBP 6051D No. _____ | | 5 / 13 / 2025 | 0600 | |

| 9. Seized From: Name: Sampson | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| Address: 11064 Ranch Dr. Rancho Cucamonga, CA 91737 | 12. Remarks: | |
| Telephone No. (   )          Ext: | | |

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach CBP Form 58 if conveyance

| a. Line Item No. BA 5.14.25 | b. Description | c. Packages Number   Type | d. Measurements Qty.   UM | e. Est. Dom. Value |
|---|---|---|---|---|
| 10 4 | silver mac laptop S/N C9 7GQJ0F4u | 1      c⁻ | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| D. WARREN | x | signature | 05 / 13 / 25 |
| Print Name | | Signature | Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. BA 5.14.25 | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 10 4 | See 14b | Brett Adams / HSI | | 5/14/25 |
| 10 | See 14b | Denis Caveny SA HSI | | 5/14/25 |
| 10 | See 14b | Brett Adams HSI | | 9/16/25 |
| 10 | See 14b | CLARR SANA | | 3/4/26 |

CBP Form 6051A Continuation Sheet Attached? Yes ☐  No ☐

CBP Retains Original

CBP Form 6051S (03/04)







