## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Clayton Sampson et al,

PLAINTIFF(S)

v.

United States of America,

DEFENDANT(S).

CASE NUMBER

5:25-cv-03621-SSS-SPx

**ORDER TRANSFERRING CIVIL ACTION**

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, IT IS HEREBY ORDERED that the above-entitled civil action be transferred to the calendar of Judge _____ Anne Hwang _____ for all further proceedings.

June 16, 2026
Date

Sunshine S. Sykes
United States District Judge

June 17, 2026
Date

Anne Hwang
United States District Judge

## NOTICE TO COUNSEL FROM CLERK

On all documents subsequently filed in this case, please substitute the initials _____ AH-SPx _____ after the case number, so that the case number will read _____ 5:25-cv-03621-AH-SPx _____. This is very important because documents are routed to the assigned judge by means of these initials.

cc:  ☐ *Previous Judge*    ☐ *Statistics Clerk*

CV-29 (06/23)                    ORDER TRANSFERRING CIVIL ACTION